UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No. 20 CR 318 |
| | ) | |
| | ) | Judge Robert W. Gettleman |
| OLALEKAN JACOB PONLE | ) | |

## ATTORNEY DESIGNATION

Please take notice that the undersigned Assistant United States Attorney has been assigned in the above captioned case.

Respectfully submitted,

JOHN R. LAUSCH, JR.
United States Attorney

By: */s/ Andrew J. Dixon*
ANDREW J. DIXON
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 371-4231