UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 20 CR 318 |
| v. ) | |
| ) | Judge Robert Gettleman |
| OLALEKAN JACOB PONLE, ) | |
| a/k/a "Mark Kain" and "Mr. Woodbery" ) | |

## UNITED STATES BILL OF PARTICULARS
## FOR FORFEITURE OF CERTAIN PROPERTY

The United States of America, by JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, hereby files the following Bill of Particulars.

Through the violation of 18 U.S.C. § 1343 as alleged in Counts One through Eight of the indictment, the United States seeks forfeiture of any property involved in or traceable to the defendant's violation including, but not limited to 151.885720427 Bitcoin Cryptocurrency pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

Dated: April 29, 2022

                                                                     Respectfully submitted,

                                                                     JOHN R. LAUSCH, JR.
                                                                     United States Attorney

                              By:     */s/ Andrew Dixon*
                                                  ANDREW DIXON
                                                  Assistant United States Attorney
                                                  219 S. Dearborn Street
                                                  Chicago, Illinois 60604
                                                  (312) 353-5300