## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
## Eastern Division

UNITED STATES OF AMERICA

                    Plaintiff,

v.                                                       Case No.: 1:20–cr–00318
                                                     Honorable Robert W. Gettleman

Olalekan Jacob Ponle

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 2, 2022:

      MINUTE entry before the Honorable Robert W. Gettleman as to Olalekan Jacob Ponle: Telephonic hearing held on 5/2/2022. Defendant appeared telephonically. Telephonic hearing continued to 7/11/2022 at 9:30 a.m. The call–in number is (888) 684–8852 and the access code is 1503395. By agreement, the Court deems the period of time from 5/2/2022 to 7/11/2022 excludable under 18 U.S.C. §3161(h)(7)(A) – interest of justice. Mailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.