**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3**
**Eastern Division**

UNITED STATES OF AMERICA

                         Plaintiff,

v.                                                    Case No.: 1:20–cr–00318
                                                      Honorable Robert W. Gettleman

Olalekan Jacob Ponle

                         Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, August 19, 2022:

        MINUTE entry before the Honorable Robert W. Gettleman as to Olalekan Jacob
Ponle: Telephonic hearing held on 8/19/2022. Defendant appeared on the hearing
telephonically. The parties updated the court on the status of the case. Telephonic hearing
set for 10/14/2022 at 9:30 a.m. Members of the public and media may listen to these
proceedings by dialing (888) 684–8852 and using the access code is 1503395. Counsel of
record and other essential case participants will receive an email prior to the start of the
telephone hearing with instructions to join the call. Persons granted remote access to
proceedings are reminded of the general prohibition against photographing, recording, and
rebroadcasting of court proceedings. Violation of these prohibitions may result in
sanctions, including removal of court issued media credentials, restricted entry to future
hearings, denial of entry to future hearings, or any other sanctions deemed necessary by
the Court. By agreement, the Court deems the period of time from 8/19/2022 to
10/14/2022 excludable under 18 U.S.C. §3161(h)(7)(A) – interest of justice. Mailed
notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.