## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff, | |
| v. | Case No.: 1:20–cr–00318 |
| | Honorable Robert W. Gettleman |
| Olalekan Jacob Ponle | |
| Defendant. | |

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 20, 2022:

MINUTE entry before the Honorable Robert W. Gettleman as to Olalekan Jacob Ponle: Telephonic hearing held on 12/20/2022. Defendant was ordered but the MCC was having issues with their connectivity and he did not appear on the hearing, his presence was waived. In person status hearing set for 1/25/2023 at 9:30 a.m. Change of plea hearing set for 2/22/2023 at 10:30 a.m. The parties are directed to submit a draft plea declaration/agreement to the court by 2/15/2023. By agreement, the Court deems the period of time from 12/20/2022 to 2/22/2023 excludable under 18 U.S.C. §3161(h)(7)(A) interest of justice. Mailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.